1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055
Fax: (949) 722-8416
4
Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-10071 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Mark L. Morze, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Mark L. Morze, in the principal amount of $4,021.76 plus interest accrued to November 15, 2012, in the sum of $8,414.28; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$12,523.04**.

DATED: January 14, 2013          By: Terry Nafisi
                                      Clerk of the Court

                                      /s/ B. Pacillas
                                      Deputy Clerk
                                      United States District Court