JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Mark L. Morze,<br><br>　　　　　Defendant | No. CV 12-10071<br><br><br>CONSENT JUDGMENT |

　　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Mark L. Morze, in the principal amount of $4,021.76 plus interest accrued to November 15, 2012, in the sum of $8,414.28; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$12,523.04**.

DATED: January 14, 2013　　　　By: ___Terry Nafisi___
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　___/s/ B. Pacillas___
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court